Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Nebraska**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Stages Cycling, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 2 – 3 0 4 7 0 2 5 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **c/o Robert Preston, Registered Agent** |
| **5335 Sterling Drive**<br>Number        Street | **707 SW Washington Street**<br>Number        Street |
| **Boulder, CO 80301**<br>City                State     ZIP Code | **Portland, OR 97205**<br>City                State     ZIP Code |
| **Boulder**<br>County | Location of principal assets, if different from principal place of business |
| | <br>Number        Street |
| | <br>City                State     ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.stagescycling.com** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Stages Cycling, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **See Rider 1**    Relationship **Affiliate**

District **District of Nebraska**    When **6/22/2024**
MM / DD / YYYY

Case number, if known _____

| Debtor | **Stages Cycling, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard? _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other _____ | |
| | **Where is the property?** _____ | |
| | Number         Street | |
| | _____ | |
| | _____ | |
| | City                                          State    ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes. | |
| | Insurance agency _____ | |
| | Contact name _____ | |
| | Phone _____ | |

---

### Statistical and administrative information

| | | | | |
|---|---|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | | | |
| | ☐ Funds will be available for distribution to unsecured creditors. | | | |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | | |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49       ☐ 50-99 | ☐ 1,000-5,000  ☐ 5,001-10,000 | ☐ 25,001-50,000  ☐ 50,000-100,000 |
| | ☐ 100-199  ☑ 200-999 | ☐ 10,001-25,000 | ☐ More than 100,000 |

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    **Stages Cycling, LLC**
Name

Case number *(if known)*

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **06/22/2024**
MM/ DD/ YYYY

**X** **/s/ James P. Liggett**
Signature of authorized representative of debtor

**James P. Liggett**
Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Patrick Patino**
Signature of attorney for debtor

Date **06/22/2024**
MM/ DD/ YYYY

**Patrick Patino**
Printed name

**Patino Law Office, LLC**
Firm name

**1901 Howard Street 311**
Number        Street

**Omaha**
City

**NE**
State

**68102**
ZIP Code

**(402) 401-4050**
Contact phone

**patrick@highfivelegal.com**
Email address

**25531**
Bar number

**NE**
State

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Stages Cycling, LLC** |
| United States Bankruptcy Court for the: | **District of Nebraska** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AIPS Technology Co., LTD Xitun Dist Taichung City, | | | | | | $1,171,678.83 |
| 2 | AIPS Technology, Co., LTD No. 901, Sec.2, Jhongshan Road Dajia DistTaichung City, | | | | | | $10,638,859.06 |
| 3 | AIPS Technology, Co., LTD No. 901, Sec.2, Jhongshan Road Dajia DistTaichung City , | | | | | | $126,967.00 |
| 4 | AIPS Technology, Co., LTD No. 901, Sec.2, Jhongshan Road Dajia DistTaichung City, | | | | | | $83,982.50 |
| 5 | CH Robinson International, Inc. PO Box 9121 Minneapolis, MN 55480-9121 | | | | | | $124,045.77 |
| 6 | Cycling Sports Group 1 Cannondale Way Wilton, CT 06897 | | | | | | $85,890.10 |
| 7 | Digital Concepts PO Box 874328 Kansas City, MO 64187 | | | | | | $2,141,274.55 |
| 8 | GloryStar Flat D, 5/F Excelsior Building 364 Nathan Road Kowloon, | | | | | | $182,364.00 |

| Debtor | **Stages Cycling, LLC** | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Healthcare Technology LTD Dragon House Hussar Court Waterloo PO77SF, | | | | | | $80,665.10 |
| 10  Les Mills International LTD 22 Centre St Freemans Bay Auckland 1010, | | | | | | $2,031,621.61 |
| 11  Life Time Group Holdings 2902 Corporate Place Chanhassen, MN 55317 | | | | | | $596,032.69 |
| 12  LifeTime Fitness 2902 Corporate Plac e Chanhassen, MN 55317 | | | | | | $512,500.00 |
| 13  LifeTime Fitness PO Box 5236 Portland, OR 97208-5236 | | | | | | $62,500.00 |
| 14  Look Cyclce Internations S.A. 27 rue du Docteur Leveille BP 169,Nevers 58000, | | | | | | $107,494.18 |
| 15  Marathon Fitness 13823 N Promenade Blvd 200 Stafford, TX 77477 | | | | | | $72,307.58 |
| 16  Rigado, LLC 3950 Fairview Industrial Drive SE 100 Salem, OR 97302 | | | | | | $78,961.52 |
| 17  Shimano American Corporation Bicycle Division PO Box 513838 Los Angeles, CA 90051-3838 | | | | | | $256,822.61 |
| 18  Vismo X Tinthamran 76412 Molde, | | | | | | $183,400.00 |
| 19  Wellgo Pedal Corporation No. 3 Gong 7th Road Youth Ind. Park Dajia Dist., Taichung City 43769, | | | | | | $174,912.66 |
| 20  Zwift 111 W. Ocen Blvd Long Beach, CA 90802 | | | | | | $368,450.00 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24- |
| | ) | |
| Foundation Fitness, LLC, et al. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax ID No. 27-1639615 | ) | |

**RIDER 1**
**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of Nebraska for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 of Foundation Fitness, LLC.

- Foundation Fitness, LLC
- Foundation Fitness Products, LLC
- Stages Cycling, LLC
- Stages Indoor Cycling, LLC
- Stages Indoor Home Cycling, LLC
- Stages Ride, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA
OMAHA DIVISION**

IN RE: **Stages Cycling, LLC**                                              CASE NO

                                                                            CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**06/22/2024**___      Signature _____**/s/ James P. Liggett**_____

                                                        James P. Liggett, Manager

/Vib/ Cycle
160 W 91st Avenue C
Anchorage, AK 99515

O2 Fitness
503 W Main Street
Carrboro, NC 27510

5280 Fitness Repair, LLC
10150 E Virginia Ave 17-203
Denver, CO 80247

A.E.S. Fitness, Corp
1637 Stelton Rd B1
Piscataway, NJ 08854

Adam Shellenhamer

AIPS Technology Co., LTD
19 Shun-Farn Road
Tachia Traichung, Hsien 43740763

AIPS Technology Co., LTD
Xitun Dist
Taichung City

AIPS Technology, Co., LTD
No. 901, Sec.2, Jhongshan Road
Dajia DistTaichung City

All That Fitness, Inc.
6th Floor 39 Seong-Suil-vo
Seong Dong - guSeoul


Allhdd
92229 Queens Blvd 2
Rego Park, NY 11374


Anil Devegowda


Anthony Gilliland


Anytime Fitness
111 Weir Drive
Saint Paul, MN 55125


Ararbakke AS
Langmyra 1, 4344 Bryne Norway


B&B Fitness and Flooring, LLC
3 Simm Lane 2
Newtown, CT 06470


BACH Fitness
3097 Piedmont Road NE
Atlanta, GA 30305

BackCountry.com LLC
1678 Redstone Center Drive 210
Park City, UT 84098


Benjamin Kohler
5968 Chasewood Parkway 103
Hopkins, MN 55343


BeSoft Solutions
Sakala tn 7-2 TallinnJarju
Maaakond10141


BG Partners SA DE CV
CALLE CD. DE GUANAJUATO 1317-B COL.
LAS QUINTAS.
CULIACAN, SINALOA, MEXICO. CP 80060


Big & Little Metz Racing, LLC
697 Stonebridge Drive
Longmont, CO 80503


Bike Boulevard
100/197 Moo8 Srinakarin Rd
T.Bangmung A.Mueng Samutprakarn
Thailand 10270


Blackhawk Equipment Corp.
5295 Vivian Street
Arvada, CO 80002


Bluetooth SIG, Inc.
5209 Lake Washington Blvd NE 350
Kirkland, WA 98033

BOSA4Rent Lougheed Inc.
537 Foster Ave
Coquitlam, BC

Boulder Bike Racing, LLC
4839 Hopkins Place
Boulder, CO 80301

Box Canyon Bicycles
300 W Colorado Ave
Telluride, CO 81435

Brian Blondin

Brian Motycka

Bruno Melo

BWA Yachting New England
1 Washington Street
Newport, RI 02840

C.B. Company

Califitness, Inc.
7622 N Maroa Ave
Fresno, CA 93711

Calvin Ding

Campagnolo Srl
Via della Chimica
4 Vicenza Italy 36100

Canada Revenue Agency (SC)
275 Pope Road 103
Summerside PECIN 6A2

Carolina Fitness Equipment
3353 Reno Avenue
Charlotte, NC 28216

Cassie Thilman

CenturyLink
PO Box 5218
Phoenix, AZ 85072-2187

Certified Fitness Equipment,
LLC
2370 Spoyglass Summit Court
High Ridge, MO 63049

CH Robinson Europe BV
Rotterdam

CH Robinson Freight Services
(Taiwan)

CH Robinson International,
Inc.
PO Box 9121
Minneapolis, MN 55480-9121

Chris Schwanz

Christian Based Fitness Studio
8485 W Colt Drive
Boise, ID 83709-5812

Christian Heredia

Chung Yung Cycle Co
G/F, 132 San Fung Avenue
Sheung Shui, N.T., Hong Kong

Clay Oakes Steven

Club MVMNT
3244 Meridiana Parkway 300
Rosharon, TX 77583

Club Precision Repair
1331 Shawn Drive #2
San Jose, CA 95118

Colorado Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

Colorado Secretary of State
1700 Broadway Suite 550
Denver, CO 80290

Comcast Business
PO Box 60533
City of Industry, CA 91716-0533

Commercial Fitness Services
and Sales, Inc.
535-A Clemson Road
Columbia, SC 29229

Condit
5151 Bannock Street
Denver, CO 80216

Connect-Fit Solutions, LLC
416 Hadley PL
El Paso, TX 79928

Consolidated Electronics, Inc.
PO Box 845
Alpharetta, GA 30009

CTS
1319 West Colorado Avenue
Colorado Springs, CO 80904

CycleBar
2956 Aventura Blvd
Miami, FL 33180-3103

Cycles 54
1901 Hwy 35 S
Belmar, NJ 07719

Cycling Sports Group
1 Cannondale Way
Wilton, CT 06897

CyclingTips Media Pty Ltd
136 Buckhurst Street
South Melbourne VIC3205

Dan's Bike Shop, Inc.
Unit 3 EAC Building, Lacson Street, Sta.
Clara Subdivision
Bacolod City, Philippines 6100

Dave Mingori

David Whitlinger

Department of Homeland
Security
245 Murray Lane SW
Washington, DC 20528-0075

Developers Fitness

Devin Smith

Devine Fitness Equipment
U4 74 Quarantine Rd Nelson
NZ

Difei Chen

Digital Concepts
3108 Riverport Tech Center Drive
Maryland Heights, MO 63043

Digital Concepts
PO Box 874328
Kansas City, MO 64187

Direct Fitness Solutions
600 Tower Road
Mundelein, IL 60060


Direct Fitness Solutions, LLC
600 Tower Road
Mundelein, IL 60060


Drew Phelps


Dustin Moburg


Edward Lee


Eleiko Group AB
Korsvaegen 31 Halmstad
302 56 Sweden


Enclave of Naples
Condominium Association
4601 Gulf Shore Blvd N
Naples, FL 34103


Equinox
31 Hudson Yards
New York, NY 10001

Equinox Media, LLC
1 Park Avenue
New York, NY 10016-5802

Equinox Media, LLC
513 W 54th Street
New York, NY 10019

Erin Huck
2615 Table Mesa Ct
Boulder, CO 80305

Factor Bikes
1630 Action Ave B
Napa, CA 94559

FedEx
PO Box 7221
Pasadena, CA 91109-7321

FIBO
Vorklinger Sre.
4Dusselforf40219

Fit 4 Life
54971 Emerald Lane
Glenwood, IA 51534

Fit Summit
35B Boat
Quay 049824

Fitness Express, Inc.
16W251 S Frontage Road 26
Willowbrook, IL 60527


Fitness First Malaysia dba
Evolution Wellness Malaysia


Fitness Guyz, LLC
3427 N. Harrison Street
Denver, CO 80205


Fitness Machine
28 Waycross Road
Fairport, NY 14450


Fitness Machine Technicians
2279 Eagle Glen Parkway 112-139
Corona, CA 92883


Fitness Machine Technicians
Dave & Bern Phelps, Inc.
9928 Kalahari Ct
Las Vegas, NV 89149


Fitness Machine Technicians
2323 Main Street D12
Irvine, CA 92614


Fitness Machine Technicians
10 Inwood Knls
San Antonio, TX 78248

Fitness Machines Technicians
Steady Helm Fitness, Inc.
2838 Kettering Ct
Avon, OH 44011


Fitness Pro
1400 Village Square 3-292
Tallahassee, FL 32312


Fitnessmith
3610 Quantum Blvd
Boynton Beach, FL 33426


Fitnessmith
PO Box 3569
Boynton Beach, FL 33424


FLO Partners, Inc.
14005 Live Oak Ave
Baldwin Park, CA 91706


FLXFit
47937 Y and O Road
East Liverpool, OH 43920


FM Brush Company
70-02 72nd Place
Ridgewood, NY 11385


Front Range Tooling, Inc.
7700 Miller Drive
Longmont, CO 80504

Frontline Fitness Equipment
380 Jefferson Blvd F
Warwick, RI 02886

Full Psycle
1421 W MacArthur Blvd Unit C
Santa Ana, CA 92704

Future Publishing Limited
Quay House The Ambury Bath
Somt.BA1 1UA

Gabriel Hidalgo

Garmin
124-30 Bow Street Common
Cochrane ABT4C 2N1

Giant Sales Company
'-Jo. 117, Sec.2, lie-Nan Rd.. Xitun Dist.
Taichung. Taiwan (ROC)

GloryStar
Flat D, 5/F Excelsior Building
364 Nathan Road Kowloon

Green Building Services
3275 Prairie Avenue A
Boulder, CO 80301

Greenwich Water Club
49 River Road
Cos Cob, CT 06807

Gregory Goodwine

GTBC, Inc.
25 Fonda Road
Markham Ontario CA

Gym Doctors
3488 Arden Road
Hayward, CA 94545

HA Bicicletas S.A.
Calle 14 N 52 A 187
Barrio Guayabal, Medellin - Colombia

Hannah Otto
4328 S Park Street
Salt Lake City, UT 84107-2914

Healthcare Technology LTD
Dragon House
Hussar Court Waterloo PO77SF

HealthQuest
3175 California Blvd
Napa, CA 94558

HitnRun Fitness
PO Box 505
Collinsville, OK 74021


Hoops Studios Costa Rica
Del Centro Comercial La Paco 175mts
este, tercer piso, local 201 y 202
Escazú, San José, Costa Rica


Human Interest Group
3618 Elk Run Drive
Castle Rock, CO 80109-2869


Huntsville Fitness Equipment
7540 South Memorial Pkwy D
Huntsville, AL 35802


Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603


Illinois Secretary of State
115 S. LaSalle Street 300
Chicago, IL 60603


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Intertec, Inc.
2F, Da Vinci Sendagaya, 1-30-8
Sendagaya,
Shibuya-ku, Tokyo 151-0051, Japan.

Intevant LLC
10160 SW Nimbus Avenue FL - A
Portland, OR 97223

IPFS Corporation
24722 Network Place
Chicago, IL 60673-1247

IWP New Albany, LLC
150 W Main Street Suite B New
New Albany, OH 43054-9265

Jack DeVerter

James Liggett
14215 Southeast 35th Loop
Vancouver, WA 98683

Janet Brode

Jeff Johnson

JEM Health and Fitness, LLC
131 Ellis Road
Willow Grove, PA 19090

Jeremy Bartley

Jeremy Walker

Jessie Kistler

Jim Sullivan

John Beres

John Eustice

John Grier

John Maher

Johnny's Place

Johnson Health Tech UAE LLC
Plot No 597-550 Building No. 3
Dubai Investments Park - Dubai UAE

Jonathan Carroll

Joshua Berry

Juli Puckett Studio

KAAS Group - Sports World -
Kuwait
8WRR+26M
Shuwaikh Industrial, Kuwait

Kevin Lowery

Kevin Roache

Larry Shields

Les Mills International LTD
22 Centre St
Freemans Bay Auckland 1010

LeSaint Logistics, LLC
PO Box 734844
Chicago, IL 60673-4844

Liam McCarthy

Life Time Group Holdings
2902 Corporate Place
Chanhassen, MN 55317

LifeTime Fitness
2902 Corporate Plac e
Chanhassen, MN 55317

LifeTime Fitness
PO Box 5236
Portland, OR 97208-5236

Look Cyclce Internations S.A.
27 rue du Docteur
Leveille BP 169,Nevers 58000

Lords Sports
Lords Sports s.no 1, Plot 3c, Lane 6,
Zamzama lane 6,
DHA Phase 5 Karachi, Pakistan 75530


Luis Romero



Mack Cycle & Fitness
5995 Sunset Drive
Miami, FL 33143


MAG99 Properties, LLC
206 Highway 46
Russellville, AL 35653


Marathon Fitness
13823 N Promenade Blvd 200
Stafford, TX 77477


Mark-It Company
291 Oswalt Ave
Batavia, IL 60510



Matthew Simcox



Mergen, LLC
1919 SE 10th Ave Apt 7110
Fort Lauderdale, FL 33316

Michael Hines

Michael Ragusa

Michael Weber

Mousa Khouri

Nancy French

Nathaniel B Hopkins

Naveed Khan
No. 909 Spg 911
Jalan Gadong, Kpg Jangsak 2720

Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509

Nebraska Department of
Revenue
Attn: Bankruptcy Unit
PO Box 94818
Lincoln, NE 68509-4818

Nebraska Secretary of State
PO Box 94608
Lincoln, NE 68509-4608

New Master Srl
Via. A. Castai
100-20862 Arcore

Northampton Bicycle
14 Main Street
Hatfield, MA 01038

Omnico (Pty) Ltd
18 Induland Crescent
Cape Town 7780, South Africa

On the Drops Limited
15 Stuart Road
Barton le Clay Beds. Mk45 4ND

Onsite Fitness Service, LLC
2387 Martinsville Road
Martinsville, OH 45146

Oregon Secretary of State
255 Capitol Street NE
Salem, OR 97310

Orgeon Attorney General
1162 Court Street NE
Salem, OR 97301-4096


Out of Order Fitness Repair
PO Box 95
Glenmont, NY 12077


Outside Interactive, Inc.
Dept Ch. 10740
Palatine, IL 60055-0740


People For Bikes
PO Box 2359
Boulder, CO 80306


Philip Fink


Piper Albrecht


Planet Fitness
145 rue Pierre Simon Laplace
Aix-en-Provence 13290


Planet Fitness
4 Liberty Lane E
Hampton, NH 03482

Planet Fitness Europe
4 Liberty Lane West
Hampton, NH 03842

Podium 4 Sport
40 Montgomery Road
Belfast, BT6 0HL

Precision Fitness, LLC
1321 SE 116th Ct
Vancouver, WA 98683

Preferred Packaging
Products, Inc.
12299 Grant Street
Thornton, CO 80241

Pro Fitness Sales & Services
1732 Corporate Drive
Boynton Beach, FL 33426

ProMaxima
5310 Ashbrook Drive
Houston, TX 77081

Pure Fitness (Hong Kong) LTD

Quality Bicycle Products, Inc.
6400 W 105th Street
55438

Recovery for Athletes, LLC
305 Fieldbrook Pl
Charlotte, NC 28209-2245

Rick Rattray

Rigado, LLC
3950 Fairview Industrial Drive SE 100
Salem, OR 97302

Rival Athletic Club, LLC
c/o Gary Monroe
314 Sycamore Drive
Muscle Shoals, AL 35661

Robert Fiorita

Roger Andujar

Saddleback LTD
l:nit I0, Easter Court, Woodward Avenue,
Yale, Bristol, BS37 SYS, United Kingdom

Same Holness
10 Grasmere Avenue
London SW 15 3RD

Santa Barbara Family YMCA
36 Hitchcock Way
Santa Barbara, CA 93105

Scott Liggett
145 Sapodilla Drive
Islamorada, FL 33036

Scott Rini

Sean Kelly

Securities and Exchange
Commission
100 F Street NE
Washington, DC 20549

Service First
1409 S Broadway Street C
Joshua, TX 76058

Service RX of Northern
Virginia
332 W. Lee Hwy PMB 228
Warrenton, VA 20186

Seveco Global Limited
1301-3 Kwong-Kin Trade Center
5 Kin Fat Street Nt Tuen Mun

Shawn Dodson

Shenzhen Strong Model
Technology LTD

Shimano American
Corporation
Bicycle Division
PO Box 513838
Los Angeles, CA 90051-3838

Shore Sportworks GmbH
Lindenberg St.
Kirchzarten 79199

Siddharth Bhujle

SoWa Health + Wellness
560 Harrison Avenue
Boston, MA 02118

Spin Cycle Services
733 Turnpike Street
North Andover, MA 01845

Spin Ventures Plus SAPI de
CV

SPL Investments
145 Sapodilla Drive
Islamorada, FL 33036

Sportathlon Thailand LTD
283/68 Home Place Office Building 14th
Floor
Soi Sukhumvit 55

Stages Cycling, GmbH
c/o Robert Preston
707 SW Washington Street 1500
Vancouver, WA 97205

Stages Indoor Cycling Europe
c/o Robert Preston
707 SW Washington Street 1500
Portland, OR 97205

Stages Indoor Home Cycling,
LLC
c/o Robert Preston, Registered Agent
707 SW Washington Street 1500
Portland, OR 97205

Stanley Gardner

Steve Cooke

Steve Le

Strava, Inc.
208 Utah Street
San Francisco, CA 94103

Susie and Jerry Cheney

Synergy Fitness
PO Box 6243
Yatala DC QLDACT 4207

The Flight at Dayton
605 Alberta Street
Dayton, OH 45409

The Hub Bicycle Company
40 W Lockwood Ave
Saint Louis, MO 63119

The Redwood Center

Thomas Bishop
21 Moor Park
Villas Leeds

Timothy Kyer

Today's Plan Pty LTD
220 Northbourne Ave Level 2
Braddon ACT 2602

Todd Murray

Tom Burridge

Torrent Cycle
c/o Michael Barney
834 S Finley Circle
North Salt Lake, UT 84054

Total Body Experts
12909 Cerise Avenue
Hawthorne, CA 90250

Tracy Marks

Trek Bicycle Corporation
1101 Laurel Oak Road Suite 100
Voorhees, NJ 08043

Trek Bicycle Corporation
801 W. Madison Street
Waterloo, WI 53594

True Communications
PO Box 837
Sausalito, CA 94966


TUM Sports



U.S. Attorney General
United States Department of Justice
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

U.S. Attorney's Office
1620 Dodge Street 1400
Omaha, NE 68102-1506


Up and Running, Inc.
522 Beach 132nd Street
Rockaway Park, NY 11694


UPS
PO Box 894820
Los Angeles, CA 90189


UPS Supply Chain Solutions,
Inc.
28013 Network Place
Chicago, IL 60673


USA Cycling
210 USA Cycling Point 100
Colorado Springs, CO 80919

Velocity EHS
1305 N. Florida Avenue
Tampa, FL 33602


VibeCo Cycle
12 S Village Drive 460
Salem, NH 03079


Victoria Winot


Virgin Active Singapore Pte
LTD
2 Shenton Way
Singapore 068804


Virtual Cycling
Tinthamran 76412
Molde


Vismo X
Tinthamran 76412
Molde


Voltio Studio
11 Calle 2-20 Cdad
de Guatemala 01010


Washington Attorney General
PO Box 40100
Olympia, WA 98504

Washington Secretary of
State
PO Box 40220
Olympia, WA 98504-0220

Wellgo Pedal Corporation
No. 3 Gong 7th Road
Youth Ind. Park Dajia Dist., Taichung City
43769

Wheelhouse Cycle Club
655 STerling Lyon Parkway #5
Winnipeg, MB R3P 1JP

Xcel Energy
PO Box 9477
Minneapolis, MN 55484

XPONENTIAL Fitness, LLC
17877 Von Karman Avenue 100
Irvine, CA 92614

Yoann Roman

Yuval Hamudot

Zwift
111 W. Ocen Blvd
Long Beach, CA 90802